~~SECRET~~

*unsealed on 1/31/08*

FILED

N V 3 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2006 Grand Jury

**07 CR 3245     BEN**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., |
| | Secs. 841(a)(1) and 846 – |
| ESEQUIEL LOPEZ (1), | Conspiracy to Distribute |
| aka Cheque, | Marijuana; Title 21, U.S.C., |
| ARMANDO REGALADO-NARANJO (2), | Sec. 841(a)(1) – Possession of |
| | Marijuana with Intent to |
| Defendants. | Distribute; Title 18, U.S.C., |
| | Sec. 2 – Aiding and Abetting |

The grand jury charges:

<u>Count 1</u>

Beginning at a date unknown to the grand jury and continuing up to and including November 30, 2007, within the Southern District of California, and elsewhere, defendants ESEQUIEL LOPEZ, aka Cheque, and ARMANDO REGALADO-NARANJO and Deserae Harper, Kenneth Christensen, Linden Mark Brown and Jonathan Luke Huffstutler, all charged elsewhere, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 1000 kilograms and more of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

JLB:nlv:San Diego
11/30/07

## Count 2

On or about March 18, 2005, within the Southern District of California, defendant ESEQUIEL LOPEZ, aka Cheque, and Deserae Harper, charged elsewhere, did knowingly and intentionally possess with intent to distribute 50 kilograms and more, to wit: approximately 75.85 kilograms (166.86 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 3

On or about May 23, 2006, within the Southern District of California, defendant ESEQUIEL LOPEZ, aka Cheque, and Kenneth Christensen, charged elsewhere, did knowingly and intentionally possess with intent to distribute 100 kilograms and more, to wit: approximately 210.2 kilograms (462.44 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count 4

On or about September 22, 2006, within the Southern District of California, defendant ESEQUIEL LOPEZ, aka Cheque, did knowingly and intentionally possess with intent to distribute 100 kilograms and more, to wit: approximately 216.24 kilograms (457.02 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//

//

//

2

1

## Count 5

2    On or about February 28, 2007, within the Southern District of
3 California, defendant ESEQUIEL LOPEZ, aka Cheque, and Linden Mark
4 Brown, charged elsewhere, did knowingly and intentionally posses with
5 intent to distribute 100 kilograms and more of marijuana, to wit:
6 approximately 218.9 kilograms (481.58 pounds) of marijuana, a
7 Schedule I Controlled Substance; in violation of Title 21, United
8 States Code, Section 841(a)(1), and Title 18, United States Code,
9 Section 2.

10

## Count 6

11    On or about May 22, 2007, within the Southern District of
12 California, defendant ESEQUIEL LOPEZ, aka Cheque, and Jonathan Luke
13 Huffstutler, charged elsewhere, did knowingly and intentionally posses
14 with intent to distribute 100 kilograms and more of marijuana, to wit:
15 approximately 320.94 kilograms (706.06 pounds) of marijuana, a
16 Schedule I Controlled Substance; in violation of Title 21, United
17 States Code, Section 841(a)(1), and Title 18, United States Code,
18 Section 2.

19    DATED: November 30, 2007.

20

A TRUE BILL:

21

22

23 Foreperson

24 KAREN P. HEWITT
United States Attorney

25

26 By:

27 JILL L. BURKHARDT
Assistant U.S. Attorney

28

3