```
FILED
NOV 30 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3245    BEN

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| ESEQUIEL LOPEZ, et al., aka cheque, | ) | SECRET |
| Defendants. | ) | unsealed on 1/31/08 |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Brent Kendall Lewis, et al.</u>, Criminal Case No. 06CR2645-BEN.

DATED: November 30, 2007.

KAREN P. HEWITT
United States Attorney

JILL L. BURKHARDT
Assistant U.S. Attorney

age 2