AO 442

FID 1422569

~~SECRET~~ unsealed on 1/31/08

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2007 DEC -3 P 4:03
US MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA
v.
Armando Regalado-Naranjo (20)

**WARRANT FOR ARREST**

CASE NUMBER: 07cr3245

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Armando Regalado-Naranjo (20___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21 USC 841(a)(1) and 846 - Conspiracy to Distribute Marijuana

DATE 1/30/09
ARRESTED BY Border Patrol Blvd
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY [signature]

In violation of Title ___See Above___ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

[signature]
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

December 3, 2007   San Diego, CA
Date and Location

Bail fixed at $ ___No Bail___ by ___The Honorable Anthony J. Battaglia___
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

