## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   ESEQUIEL LOPEZ   [1]   07CR3245-BEN

A. REGALADO-NARANJO   [2]   []

The Honorable:   BARBARA LYNN MAJOR

Atty   BRIDGETT KENNEDY, FD (S/A)   for   [1&2]   -
Atty   _____   for   []   -
Atty   _____   for   []   -

BLM08-1: 1442-1452

DOA: 01/30/08
F/A: 01/31/08

AUSA: CARLOS CANTU
F/D: BRIDGETT KENNEDY (S/A)

ATTY MARTHA HALL (01) (N/A) - APPOINTED
ATTY CHARLES REESE (02) (N/A) - APPOINTED

GOVTS ORAL MOTION TO UNSEAL - GRANTED.

DFTS ARRAIGNED ON INDICTMENT AND PLEAD NOT GUILTY

GOVTS ORAL MOTION FOR DETENTION AS TO RISK OF FLIGHT AS TO EACH DEFENDANT.

DETENTION HEARING AS TO EACH DEFENDANT SET FOR 02/05/08 @ 9AM BEFORE MAGISTRATE JUDGE MAJOR.

MOTION HEARING/TRIAL SETTING SET FOR 03/17/08 @ 2PM BEFORE JUDGE BENITEZ

FINANCIAL AFFIDAVIT DUE 02/05/08, as to each defendant

Date:   01/31/08                                   by   MMM

END OF FORM