| | |
|---|---|
| 1  Manuel L. Ramirez., Esq. (State Bar No. 103054)<br>   THE RAMIREZ LAW FRIM<br>2  550 West C Street, Suite 2000<br>   San Diego, California 92101<br>3  Telephone:  (619) 814-3521<br>   Facsimile:   (619) 955-5318<br>4<br>5  Attorneys for Defendant,<br>   ARMANDO REGALADO-NARANJO | FILED<br><br>08 MAR 12 PM 4: 21<br><br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY:  CI  DEPUTY |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ARMANDO REGALADO-NARANJO,<br><br>  Defendant. | CRIMINAL CASE NO.: 07-CR-3245-BEN<br><br>**SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT ARMANDO REGALADO-NARANJO makes the following substitution:

FORMER LEGAL REPRESENTATIVE: CHARLES REES, Esq., of the Law Offices of Charles Rees;

NEW LEGAL REPRESENTATIVE: MANUEL L. RAMIREZ, Esq., The Ramirez Law Firm.

The party making this substitution is the defendant.

I consent to this substitution.

Dated: 2-29-08                                By: _____
                                                  CHARLES REES

SUBSTITUTION OF ATTORNEY

1
2    I consent to this substitution.
3
4
5    Dated: 3/1/08                                    By: _____
                                                         Manuel L. Ramirez, Esq.
6
7
8
9
10   I agree to this substitution.
11   Dated: 3/1/08                                    By: _____
                                                         Armando Regalado-Naranjo
12
13
14
15
16   It is hereby ordered that the substitution of attorney be granted.
17
18   Dated: 3/12/08                                   By: _____
                                                         Judge of the United States District Court
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY
2

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Case Name:   ARMANDO DELGADO REGALADO

Case Number: 07-CR-3245-BEN

I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my address is 550 West C Street, Suite 2000, San Diego, CA 92101.

On March 12, 2008 I served the following document(s):

1. **SUBSTITUTION OF ATTORNEY**

Addressed to:   Jill Burkhardt
                880 Front Street
                Suite 6293
                San Diego, CA. 92101


\_\_\_\_ **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

\_\_\_\_ **(BY FACSIMILE)** In addition to service by mail as set forth above, **was also forwarded a copy** of said document(s) by telecopier **to fax number**

__X__ **(BY PERSONAL SERVICE)** I delivered the above documents personally to the person and at the address listed above or to an individual who was in charge at said business.

Executed on March 12, 2008 in San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Elvia Munoz