1  THE RAMÍREZ LAW FIRM.
   MANUEL L. RAMÍREZ (State Bar No. 103054)
2  550 West C St, Suite 2000
   San Diego, California 92101
3  Telephone:  (619) 814-3521
   Facsimile:   (619) 955-5318
4

5  Attorneys for Defendant,
   ARMANDO REGALADO NARANJO
6

7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                      (Hon. Roger T. Benitez)

11

12

13 | UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO.: 07-CR-03245-BEN
                                      )
14 |                         Plaintiffs, ) NOTICE OF MOTION FOR JOINDER
   | v.                               ) IN CO-DEFENDANTS' MOTIONS AND
15 |                                  ) FOR LEAVE TO FILE FURTHER
   | ARMANDO REGALADO NARANJO, et al, ) MOTIONS
16 |                                  )
   |                         Defendant. ) Date: March 24, 2008
17 |                                  ) Time: 2:00pm
                                      )
18                                    )
                                      )
19 _____ )

20         TO: KAREN HEWITT, UNITED STATES ATTORNEY and

21            JILL BURKHARDT, ASSISTANT UNITED STATES ATTORNEY

22

23         NOTICE IS HEREBY GIVEN THAT on the date, time and place indicated above,

24 Defendant, ARMANDO REGALADO NARANJO (hereinafter "Defendant"), by and through his

25 attorney of record, Manuel L. Ramirez, Esq. of The Ramirez Law Firm will request to join in the

26 motion filed by co-defendant Esequiel Lopez ( hereinafter "LOPEZ").

27

28

NOTICE OF MOTION FOR JOINDER AND MOTION FOR JOINDER
1

## MOTION FOR JOINDER

Pursuant to the Fifth and Sixth Amendments to the United States Constitution, Rules 12 and 16 of the Federal Rules of Criminal Procedure, and all other applicable rules and statutes, moves this Court to join in the Motion for Discovery filed by LOPEZ.

This joinder to the Motion for Discovery is based upon the instant motion, notice of motion, the memorandum of points and authorities in support thereof filed on behalf of the co-defendant, the files and records in the above-entitled case, and any and all other materials which may be brought to the Court's attention prior to or at the time of the hearing on this motion.

## MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

Defense counsel had recently been retained in this matter and request permission to file further motions based upon case developments and additional discovery

## CONCLUSION

Based on the above, it is respectfully requested that the instant Motion for Joinder and Leave to File Further Motions be granted.

Dated: March 18, 2008                THE RAMIREZ LAW FIRM

                        By:    /s/ MANUEL L. RAMIREZ
                               Manuel L. Ramirez, Esq.
                               Attorneys for Defendant,
                               ARMANDO REGALADO NARANJO

NOTICE OF MOTION FOR JOINDER AND MOTION FOR JOINDER

2