## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *USA v ARMANDO REGALADO NARANJO*

Case Number: 07-CR-03245-BEN

I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my employment address is 550 West C Street, Suite 2000, San Diego, CA 92101.

On March 18, 2008 I served the following document(s):

1) NOTICE OF MOTION FOR JOINDER IN CO-DEFENDANT'S MOTION AND FRO LEAVE TO FILE FURTHER MOTIONS

Addressed to:

> AUSA JILL BURKHARDT
> Office of the United States Attorney
> 880 Front St, Ste 6293
> San Diego, CA 92101

By serving a true copy of the above-described document by Electronic Mail. I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to the electronic service through the Court's transmission facilities. Under said practice the above referenced parties were served via CM/ECF

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 18, 2008, in San Diego, California.

/S/ MANUEL L. RAMIREZ
Manuel L. Ramirez