1  FRANCISCO J. SANCHEZ JR.
   550 West C St, Suite 1670
2  San Diego, California  92101
   Telephone:   (619) 232-8000
3  Facsimile:   (619) 237-8898

4
   Attorneys for Defendant
5  EZEQUIEL LOPEZ

6

7                          UNITED STATES DISTRICT COURT

8                         SOUTHERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,            )    CRIMINAL CASE NO.: 07CR3245-BEN
                                         )
12                                       )    **JOINT MOTION TO CONTINUE**
                            Plaintiffs,  )    **MOTION HEARING FROM MAY 16,**
13                                       )    **2008 TO JUNE 23, 2008**
    v.                                   )
14                                       )    Hearing Date: May 16, 2008
    EZEQUIEL LOPEZ and ARMANDO           )    Time:          2:00 p.m.
15  REGALADO-NARANJO                     )    Judge:        Roger T. Benetiz
                                         )
16                          Defendant.   )
                                         )
17                                       )
    _____)

18        NOTICE IS HEREBY GIVEN THAT:  Defendant EZEQUEIL LOPEZ ( hereinafter

19  "LOPEZ") by and through his attorney of record Francisco J. Sanchez, Jr. and Defendant,

20  ARMANDO REGALADO-NARANJO (hereinafter "REGALADO-NARANJO"), by and

21  through his attorney of record, Manuel L. Ramirez, Esq. of The Ramirez Law Firm; and

22  Plaintiff, United States of America, by and through Assistant United States Attorney Jill

23  Burkhardt, jointly move this Honorable Court to continue the current motion date of  May 16,

24  2008 to June 23, 2008. The grounds for the instant joint motion are as following:

25        1.  All  parties  herein  mentioned  need  additional  time  to  review  and  analyze  new

26            discovery that has recently been produced;

27

28
                        JOINT MOTION TO CONTINUE MOTION  HEARING
                                            1

2.   REGALADO-NARANJO, LOPEZ and the Government also need additional time to meet, discuss and negotiate a possible disposition of this matter in light of the newly produced discovery;

3.   The Government and both Defendants believe that it will be in the best interest of judicial and law enforcement economy to continue the motion hearing to the date requested.

<u>**CONCLUSION**</u>

Based on the above, it is respectfully requested that the instant Joint Motion to Continue the Motion Hearing date be granted.


Dated:  May 16, 2008                    THE RAMIREZ LAW FIRM


By:     <u>/s/ MANUEL L. RAMIREZ</u>
        Manuel L. Ramirez, Esq.
        Attorneys for Defendant,
        ARMANDO REGALADO-NARANJO


        FRANCISCO J. SANCHEZ, JR.

        <u>/s/ FRANCISCO J. SANCHEZ, JR.</u>
        Francisco J. Sanchez, Jr. Esq.
        Attorney for Defendant
        EZIQUIEL LOPEZ


Dated:  May 16, 2008                    UNITED STATES ATTORNEY
                                        KAREN P. HEWITT


By:     <u>/s/ JILL BURKHARDT</u>
        Jill Burkhardt, Esq.
        Assistant U.S. Attorney,

JOINT MOTION  TO CONTINUE MOTION HEARING
2