Francisco J. Sanchez, Jr., Calif. Bar No. 220284
LAW OFFICE OF FRANCISCO J. SANCHEZ, JR.
550 West C Street, Suite 1670
San Diego, CA 92101
Telephone:  (619) 232-8000
Facsimile:  (619) 237-8898

Attorney for Defendant
Ezequiel Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>EZEQUIEL LOPEZ )<br> )<br>Defendant )<br>_____ ) | CASE  NO.  07 CR 3245-BEN<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant, EZEQUIEL LOPEZ, certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing motion has been electronically served this day upon:

JILL BURKHARDT
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101

Dated:  May 16, 2008                /s/ Francisco J. Sanchez, Jr.
                                    FRANCISCO J. SANCHEZ, JR.
                                    550 West C Street, Suite 1670
                                    San Diego, CA 92101

CERTIFICATE OF SERVICE