THE RAMÍREZ LAW FIRM.
MANUEL L. RAMÍREZ (State Bar No. 103054)
550 West C St, Suite 2000
San Diego, California  92101
Telephone:   (619) 814-3521
Facsimile:    (619) 955-5318

Attorneys for Defendant,
ARMANDO REGALADO-NARANJO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 07-CR3245BEN |
| | ) | |
| | ) | **JOINT MOTION TO CONTINUE** |
| Plaintiffs, | ) | **SENTENCING HEARING TO** |
| | ) | **SEPTEMBER 29, 2008** |
| v. | ) | |
| | ) | |
| ARMANDO REGALADO-NARANJO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

NOTICE IS HEREBY GIVEN THAT:  Defendant, ARMANDO REGALADO-NARANJO (hereinafter "REGALADO-NARANJO"), by and through his attorney of record, Manuel L. Ramirez, Esq. of The Ramirez Law Firm; and Plaintiff, United States of America, by and through Assistant United States Attorney Jill Burkhardt, jointly move this Honorable Court to continue the current sentencing date of September 12, 2008 to September 29, 2008 at 9:00 a.m. The grounds for the instant joint motion is as following:

1.  Defendants counsel is currently engaged in an attempted murder, kidnapping, robbery case and will be engaged on the current sentencing date.

2.  Defendant needs additional time to obtain information and documentation for sentencing support papers to be filed on his behalf by his Defense counsel.

JOINT MOTION TO CONTINUE SENTENCING  HEARING

1

1

## CONCLUSION

Based on the above, it is respectfully requested that the instant Joint Motion to Continue the Sentencing Hearing date be granted.

Dated:  September 9, 2008                    THE RAMIREZ LAW FIRM

                                   By:     /s/ MANUEL L. RAMIREZ
                                           Manuel L. Ramirez, Esq.
                                           Attorneys for Defendant,
                                           ARMANDO REGALADO-NARANJO

Dated:  September 9, 2008                    UNITED STATES ATTORNEY
                                           KAREN P. HEWITT

                                   By:     /s/ JILL BURKHARDT
                                           Jill Burkhardt, Esq.
                                           Assistant U.S. Attorney,

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *USA v ARMANDO REGALADO NARANJO*

Case Number: 07-CR-03245-BEN

I, the undersigned, am over the age of eighteen years and am a resident of San Diego

County, California; I am not a party to the above-entitled action; my employment address is 550

West C Street, Suite 2000, San Diego, CA 92101.

On September 9, 2008 I served the following document(s):

**1) JOINT MOTION TO CONTINUE SENTENCING HEARING TO SEPTEMBER 29, 2008**

Addressed to:

AUSA JILL BURKHARDT
Office of the United States Attorney
880 Front St, Ste 6293
San Diego, CA 92101

By serving a true copy of the above-described document by Electronic Mail. I am

familiar with the United States District Court, Southern District of California's practice for

collecting and processing electronic filings. Under that practice, documents are electronically

filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing

(NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will

constitute service of the document. Registration as a CM/ECF user constitutes consent to the

electronic service through the Court's transmission facilities. Under said practice the above

referenced parties were served via CM/ECF

I declare under penalty of perjury under the laws of the United States of America that the

above is true and correct.

Executed on September 9, 2008, in San Diego, California.

Alexandra Ariaz